# UNITED STATES DISTRICT COURT

SOUTHERN   DISTRICT OF   CALIFORNIA

**APPEARANCE**

Case Number: 08mj1583

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

MARK LEVI NORTHCUTT

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 5/27/2008 | /s/ ERICK L. GUZMAN |
| Date | Signature |
| | Erick L. Guzman/Federal Defenders of SD    244391 |
| | Print Name                                  Bar Number |
| | 225 Broadway, Suite 900 |
| | Address |
| | San Diego, CA  92101 |
| | City            State            Zip Code |
| | (619) 234-8467        (619) 687-2666 |
| | Phone Number           Fax Number |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,         )<br>                                                              )<br>            Plaintiff,                           )<br>                                                              )<br>v.                                                         )<br>                                                              )<br>MARK LEVI NORTHCUTT,                )<br>                                                              )<br>            Defendant.                        )<br>_____) | Case No. 08MJ1583<br><br>CERTIFICATE OF SERVICE |

    Counsel for Defendant certifies that the foregoing pleading, is true and accurate to the best of his information and belief, and that a copy of the foregoing Defendant's Notice of Appearance has been electronically served this day upon:

    United States Attorney's Office
    880 Front Street
    San Diego, CA  92101


Dated:  May 27, 2008           /s/  Erick  L.  Guzman
                  ERICK L. GUZMAN
                  Federal Defenders
                  225 Broadway, Suite 900
                  San Diego, CA 92101-5030
                  (619) 234-8467  (tel)
                  (619) 687-2666  (fax)
                  E-mail: erick_guzman@fd.org